UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

FLOR SOTO,

                Defendant.

-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/19/21_____

13-CR-147 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On May 18, 2020, the Court continued the appointment of CJA counsel Glenn Garber to represent Defendant, because counsel stated that he was investigating and considering, among other things, an application to the Bureau of Prisons ("BOP") for compassionate release. (ECF No. 690.) Mr. Garber filed such an application in June 2020, and the BOP denied the application.

One year later, on May 18, 2021, the Court received a motion for compassionate release from Defendant that appears to have been prepared without the assistance of counsel. (ECF No. 698.) That motion includes a request for appointment of counsel, as well as a request that certain enclosed documents be filed under seal.

It is hereby ORDERED that:

1. By _**May 21, 2021**_, Mr. Garber shall file a letter confirming whether he intends to supplement Defendant's *pro se* motion and, if so, when any supplemental submission will be filed.

2. By _**May 24, 2021**_, Mr. Garber shall re-file Defendant's motion, with appropriate redactions for the following sensitive information: (i) personal identifying information, including physical addresses and contact information of Defendant's

family members; (ii) Defendant's medical history; and (iii) the medical history of Defendant's son.

3.  In light of Defendant's request to file certain documents under seal, and pending the updates from Mr. Garber ordered herein, the Clerk of Court is respectfully directed to remove the motion at ECF No. 698 from the public docket.

SO ORDERED.

Dated: New York, New York
May 19, 2021

_____/s/ Kimba M. Wood_____
KIMBA M. WOOD
United States District Judge