UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

     -against-

FLOR SOTO,

                   Defendant.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2022

13-CR-147 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

     Defendant Flor Soto, proceeding *pro se*, has filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 725). The Government was ordered to respond to Ms. Soto's motion by June 10, 2022. (ECF No. 292.) The Court has not received the Government's response.

     No later than July 29, 2022, the Government shall respond to Ms. Soto's motion at ECF No. 725. In the same submission, the Government must also respond to Ms. Soto's letter filed at ECF No 730.

     Ms. Soto's reply, if any, must be submitted by September 2, 2022.

     The Clerk of Court is respectfully directed to mail a copy of this Order, along with a copy of Ms. Soto's unredacted motion and attachments, to Ms. Soto.

     SO ORDERED.

Dated: New York, New York
       July 19, 2022

                                                    */s/ Kimba M. Wood*
                                                     KIMBA M. WOOD
                                          United States District Judge