```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

FLOR SOTO,

              Defendant.

-------------------------------------------------------X

13-CR-147 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Defendant Flor Soto, proceeding *pro se*, has filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  (ECF No. 725.)  The Government responded on September 12, 2022.  (ECF No. 736.)  The Court ordered Ms. Soto to reply by October 17, 2022.  (ECF No. 735.)  Ms. Soto has motioned for an extension of time because she never received the Government's response.  (ECF No. 737.)

    Ms. Soto's request is GRANTED.  No later than November 11, 2022, the Government shall mail its response to Ms. Soto.  Ms. Soto's reply, if any, must be submitted by December 31, 2022.  The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Soto.

    SO ORDERED.

Dated: New York, New York
       October 31, 2022

                                                           */s/ Kimba M. Wood*
                                                         KIMBA M. WOOD
                                                  United States District Judge